Robert H. Schwalb, Esq.
18 Essex Road
Washington, NJ 07882
(908) 689-0600
Attorney for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:    Case No. 10-36765-KCF<br><br>**Tonyelle L. Thompson,**<br>        Debtor.<br><br>**Affinity Federal Credit Union,**<br>        Plaintiff,<br>vs.<br><br>**Tonyelle L. Thompson,**<br>        Defendant(s). | Adversary Proceeding No. |

**Complaint to Determine Dischargeability**

The Complaint of Affinity Federal Credit Union respectfully represents:

1. Plaintiff is the holder of a claim against the debtor for the sum of $2573.93.

2. This Adversary Proceeding is one arising out of defendant's Case No. 10-36765-KCF under Chapter 7 of Title 11 now pending in this court. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. 157, 1334 and 11 U.S.C. 523. This is a core proceeding under 28 U.S.C. 157(b)(2)(1).

3. Defendant has a checking account with the plaintiff. Defendant secured money from the plaintiff by false pretenses, a false representation or, alternatively, by actual fraud, in that she did on July 31, 2010, deposit into her account a check in the amount of $2587.00, drawn on her own account at Wachovia Bank, for which she knew or should have known that there were insufficient funds. Defendant subsequently withdrew the money from her account with the plaintiff and the check was returned on August 13, 2010 as an NSF item.

4. There is now due and owing by the defendant the sum of $2573.93, plus costs and attorney fees.

   **WHEREFORE**, plaintiff prays that this court determine the obligation of defendant to it to be nondischargeable under 11 U.S.C. 523(a)(2); that judgment be entered against the defendant for the sum of $2573.93, plus costs and attorney fees; and that it have order and further relief as is just.

Dated: March 19, 2011

By: _____
Robert H. Schwalb  #RS 0912
Attorney for Plaintiff